**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-2280**

———————

WILLIS CASTO,

                  Plaintiff - Appellant,

    v.

WELLS FARGO BANK, N.A.,

                  Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:13-cv-01142-GLR)

———————

Submitted: August 18, 2016         Decided: November 3, 2016

———————

Before KING, DUNCAN, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Timothy J. Mummert, TIMOTHY J. MUMMERT, P.A., Glen Burnie, Maryland, for Appellant. Charles S. Hirsch, BALLARD SPAHR, LLP, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willis Casto appeals the district court's order granting summary judgment in favor of Wells Fargo Bank as to each of his claims in his civil complaint. We have reviewed the materials before the court, including the parties' briefs, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Casto v. Wells Fargo Bank, N.A., No. 1:13-cv-01142-GLR (D. Md. Sept. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED